RAB18J (10/05)

# United States Bankruptcy Court

District of Utah
Case No. **12–20672**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Justin Wade Sampson<br>1285 N 3050 E<br>Layton, UT 84040 | Jodi Lyn Sampson<br>1285 N 3050 E<br>Layton, UT 84040 |

Social Security No.:
 xxx−xx−6188                                              xxx−xx−6010

Employer's Tax I.D. No.:

Petition date: 1/19/12

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) are entitled to a discharge,

**IT IS ORDERED:**

The debtor(s) are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                BY THE COURT

Dated: 4/25/12                                          Joel T. Marker
                                                                United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM RAB18J continued (10/05)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                    District of Utah

In re:                                                              Case No. 12-20672-JTM
Justin Wade Sampson                                                 Chapter 7
Jodi Lyn Sampson
        Debtors                   CERTIFICATE OF NOTICE
District/off: 1088-2          User: admin                   Page 1 of 3         Date Rcvd: Apr 25, 2012
                              Form ID: rab18j               Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2012.
db/jdb       +Justin Wade Sampson,   Jodi Lyn Sampson,   1285 N 3050 E,   Layton, UT 84040-3005
aty          +George B. Hofmann,   Parsons Kinghorn & Harris,   111 East Broadway,   11th Floor,
               Salt Lake City, UT 84111-5233
aty           Steven R. Bailey,   2454 Washington Blvd,   Ogden, UT  84401-2312
8097597       Allied Collection,   PO Box 1954,   Southgate, MI 48195-0954
8097599      +Beneficial,   C/O Associated Creditors Exchange,   PO Box 33130,   Phoenix, AZ 85067-3130
8097600       C.U. Recovery Inc,   26263 Forest Blvd,   Wyoming, MN 55092-8033
8097601      +Caine & Weiner,   1699 Woodfield Road,   Schaumburg, IL 60173-4935
8230825       ELAN FIN SERVICES AS SVCR FOR KEYBANK NA,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
               CINCINNATI, OH 45201-5229
8097604      +First Horizon,   4000 Horizon Way,   Irving, TX 75063-2260
8225605      +First Tennessee Bank,   P.O. Box 1469,   Knoxville, TN 37901-1469
8097607      +J&J Nursery,   1815 West Gentile,   Layton, UT 84040
8097608       Key Bank,   PO Box 6401,   The Lakes, NV 88901-6401
8209126      +KeyBank N.A.,   PO Box 94968,   Cleveland, OH 44101-4968
8097609       Les Schwab Tire Center,   251 N 400 W,   Kaysville, UT 84037-1800
8097610       Mt. Ogden Surgial Center,   PO Box 27663,   Salt Lake City, UT 84127-0663
8097611      +NACM,   7410 South Creek Road Suite 301,   Sandy, UT 84093-6151
8097612      +Nation Star,   4000 Horizon Way,   Irving, TX 75063-2260
8097613       Ogden Regional Medical Center,   PO Box 290429,   Nashville, TN 37229-0429
8097614       Premier Services,   P.O. Box 3563,   Salt Lake City, UT 84110-3563
8097615      +Rock Creek Growers,   PO Box 568,   Kimberly, ID 83341-0568
8097616      +Sprinkler Supply Company,   7878 South 1410 West,   West Jordan, UT 84088-9400
8097618      +Stevenson & Smith,   3986 Washington Blvd,   Ogden, UT 84403-1826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: BGBHOFMANN.COM Apr 26 2012 01:18:00      George B. Hofmann tr, IV,
               Parsons Kinghorn Harris, P.C.,   111 East Broadway,   11th Floor,
               Salt Lake City, UT 84111-5225
ust          +E-mail/Text: ustpregion19.sk.ecf@usdoj.gov Apr 26 2012 01:59:33      United States Trustee,
               Ken Garff Bldg.,   405 South Main Street,   Suite 300,   Salt Lake City, UT 84111-3402
8097598      +EDI: GMACFS.COM Apr 26 2012 01:18:00      Ally Financial,   PO Box 380902,
               Minneapolis, MN 55438-0902
8222159      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Apr 26 2012 02:58:51
               Ascension Capital Group, Inc.,   Attn: First Tennessee Bank,   National Association Department,
               Account: 9112,   P.O. Box 201347,   Arlington, TX 76006-1347
8097602       EDI: CAPITALONE.COM Apr 26 2012 01:18:00      Capitol One,   PO Box 85520,   Richmond, VA 23285
8239970       EDI: CAPITALONE.COM Apr 26 2012 01:18:00      Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC  28272-1083
8097603       EDI: CITICORP.COM Apr 26 2012 01:18:00      Citibank,   Citi Card,   PO Box 182564,
               Columbus, OH 43218-2564
8247786       EDI: AIS.COM Apr 26 2012 01:18:00      Citibank, N.A.,   c/o American InfoSource LP,
               PO Box 248840,   Oklahoma City, OK  73124-8840
8097606       EDI: IRS.COM Apr 26 2012 01:18:00      Internal Revenue Service,   Mail Stop 5021,
               50 South 200 East,   Salt Lake City, UT 84111
8097605       E-mail/Text: bankruptcynotices@tax.idaho.gov Apr 26 2012 01:22:57      Idaho State Tax Commission,
               800 Park Blvd, Plaza IV,   Boise, ID 83712-7742
8097619       EDI: UTAHTAXCOMM.COM Apr 26 2012 01:18:00      Utah State Tax Commision,   210 North 1950 West,
               Salt Lake City, UT 84134-0400
8097620      +EDI: AFNIVZWIRE.COM Apr 26 2012 01:18:00      Verizon Wireless,   PO Box 96088,
               Bellevue, WA 98009-8800
8097621       EDI: WFFC.COM Apr 26 2012 01:18:00      Wells Fargo Bank,   P.O. Box  54107,
               Los Angeles, CA 90054-0107
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 1088-2           User: admin                Page 2 of 3              Date Rcvd: Apr 25, 2012
                               Form ID: rab18j            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2012**               **Signature:**       *Joseph Speetjens*

```
District/off: 1088-2           User: admin              Page 3 of 3              Date Rcvd: Apr 25, 2012
                               Form ID: rab18j          Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2012 at the address(es) listed below:
NONE.                                                                                           TOTAL: 0