## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH
## SALT LAKE DIVISION

| | | |
|---|---|---|
| In re: SAMPSON, JUSTIN WADE | § | Case No. 12-20672 |
| SAMPSON, JODI LYN | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

George Hofmann, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $280,040.84<br>*(without deducting any secured claims)* | Assets Exempt:  $30,400.00 |
| Total Distribution to Claimants:$1,051.28 | Claims Discharged<br>Without Payment: $513,402.79 |
| Total Expenses of Administration:$2,948.72 | |

3)  Total gross receipts of $      4,000.00      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00      (see **Exhibit 2**), yielded net receipts of  $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $283,491.00 | $38,679.27 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,948.72 | 2,948.72 | 2,948.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 9,438.55 | 6,530.57 | 2,695.26 | 1,051.28 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 504,235.99 | 46,351.29 | 46,351.29 | 0.00 |
| **TOTAL DISBURSEMENTS** | $797,165.54 | $94,509.85 | $51,995.27 | $4,000.00 |

4)  This case was originally filed under Chapter 7 on January 19, 2012. The case was pending for 25 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/26/2014          By: /s/George Hofmann
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Agreement regarding Sampson Landscaping/Law suit | 1249-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | $4,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | First Tennessee Bank (First Horizon) | 4110-000 | 39,000.00 | 38,679.27 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo Bank | 4110-000 | 5,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Nation Star | 4110-000 | 239,191.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $283,491.00 | $38,679.27 | $0.00 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| George Hofmann | 2100-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| George Hofmann | 2200-000 | N/A | 10.51 | 10.51 | 10.51 |
| Parsons Kinghorn Harris, P.C. | 3110-000 | N/A | 1,580.00 | 1,580.00 | 1,580.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Parsons Kinghorn Harris, P.C. | 3120-000 | N/A | 16.08 | 16.08 | 16.08 |
| International Sureties, LTD. | 2300-000 | N/A | 2.13 | 2.13 | 2.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,948.72 | $2,948.72 | $2,948.72 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Utah State Tax Commission | 5800-000 | N/A | 2,695.26 | 2,695.26 | 1,051.28 |
| 9P | Internal Revenue Service | 5800-000 | N/A | 3,835.31 | 0.00 | 0.00 |
| NOTFILED | Utah State Tax Commission | 5200-000 | 3,144.10 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 6,294.45 | N/A | N/A | 0.00 |
| NOTFILED | Idaho State Tax Commission | 5200-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $9,438.55 | $6,530.57 | $2,695.26 | $1,051.28 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Premier Services | 7100-000 | 2,500.00 | 1,985.38 | 1,985.38 | 0.00 |
| 3 | KeyBank N.A. (5196) | 7100-000 | 15,000.00 | 13,161.07 | 13,161.07 | 0.00 |
| 4 | KeyBank N.A. (0495) | 7100-000 | 3,425.34 | 2,991.56 | 2,991.56 | 0.00 |
| 6 | ELAN FIN SERVICES   (KEYBANK NA-8174) | 7100-000 | 6,504.79 | 6,815.43 | 6,815.43 | 0.00 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 3,900.00 | 4,830.04 | 4,830.04 | 0.00 |
| 8 | Citibank, N.A. | 7100-000 | 9,365.82 | 9,365.82 | 9,365.82 | 0.00 |
| 9U | Internal Revenue Service | 7100-000 | N/A | 112.60 | 112.60 | 0.00 |
| 10 | Auto-Owners Insurance Company | 7100-000 | 710.03 | 710.03 | 710.03 | 0.00 |
| 11 | VERIZON WIRELESS | 7100-000 | 877.06 | 860.30 | 860.30 | 0.00 |
| 12 | OGDEN REGIONAL MEDICAL C | 7100-000 | 1,550.46 | 936.54 | 936.54 | 0.00 |
| 13 | Stevenson & Smith | 7100-000 | 4,433.52 | 4,582.52 | 4,582.52 | 0.00 |
| NOTFILED | C.U. Recovery Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 6,033.85 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial C/O Associated Creditors Exchange | 7100-000 | 5,615.76 | N/A | N/A | 0.00 |
| NOTFILED | J&J Nursery | 7100-000 | 123,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 7100-000 | 19,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Les Schwab Tire Center | 7100-000 | 495.77 | N/A | N/A | 0.00 |
| NOTFILED | NACM | 7100-000 | 91,527.47 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Rock Creek Growers | 7100-000 | 74,996.12 | N/A | N/A | 0.00 |
| NOTFILED | Mt. Ogden Surgial Center | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprinkler Supply Company | 7100-000 | 135,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Collection | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Idaho State Tax Commission | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $504,235.99 | $46,351.29 | $46,351.29 | $0.00 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

| | | |
|---|---|---|
| **Case Number:** 12-20672 | **Trustee:** (640160) George Hofmann | |
| **Case Name:** SAMPSON, JUSTIN WADE | **Filed (f) or Converted (c):** 01/19/12 (f) | |
| SAMPSON, JODI LYN | **§341(a) Meeting Date:** 02/22/12 | |
| **Period Ending:** 02/26/14 | **Claims Bar Date:** 06/18/12 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1285 N 3050 E, Layton | 270,000.00 | 0.00 | | 0.00 | FA |
| 2 | Golden West Credit Union 2206*** (Sampson Landsc | 25.00 | 25.00 | | 0.00 | FA |
| 3 | Golden West Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Key Bank 44065****** | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Golden West Credit Union 2203*** | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Computer, TV's, Audio,; Misc. Household furnishi | 1,400.00 | 900.00 | | 0.00 | FA |
| 7 | Clothing | 100.00 | 100.00 | | 0.00 | FA |
| 8 | Wifes wedding ring $550, mothers ring $80, costu | 630.00 | 0.00 | | 0.00 | FA |
| 9 | 3 snowbards, 3 mountian bikes | 200.00 | 200.00 | | 0.00 | FA |
| 10 | Midland National Life Insurance | 300.00 | 300.00 | | 0.00 | FA |
| 11 | Roth IRA | 85.84 | 85.84 | | 0.00 | FA |
| 12 | 1989 Dodge truck | 900.00 | 0.00 | | 0.00 | FA |
| 13 | 2003 GMC Yukon XL (over 200,000 miles) | 5,000.00 | 0.00 | | 0.00 | FA |
| 14 | Fax and printer | 100.00 | 0.00 | | 0.00 | FA |
| 15 | homemade trailer transport and pipe used in land | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | Irrigaiton tools | 300.00 | 0.00 | | 0.00 | FA |
| 17 | Agreement regarding Sampson Landscaping/Law suit (u) | Unknown | 4,000.00 | | 4,000.00 | FA |
| 17 | **Assets**   Totals (Excluding unknown values) | **$280,040.84** | **$5,610.84** | | **$4,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

02/26/14 - Prepared TDR, forwarded to TTE for review (dh)

01/14/14 - Reran distribution with monies returned from the IRS (dh)

01/06/14 - Telephone call with IRS re check they received. Debt has been paid in full by debtors tax return. Sending check for $600 back to us in the mail. (aka)

01/03/14 - Order approving TTE's fee application approved, prepared distribution (dh)

12/31/13 - Filed order approving TTE's fee application (dh)

12/03/13 - TFR filed by US Trustee, filed NFR and Trustee's fee application (dh)

11/21/13 - Prepared TFR, NFR and TTE's fee application, sent to TTE for review (dh)

11/20/13 - Remark Re: Bill. There are no Court fees due in this case. Trustee Notification. (ksh)

10/09/13 - Prepared PKH fee application (dh)

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 12-20672 | Trustee: (640160) George Hofmann |
| Case Name: SAMPSON, JUSTIN WADE | Filed (f) or Converted (c): 01/19/12 (f) |
| SAMPSON, JODI LYN | §341(a) Meeting Date: 02/22/12 |
| Period Ending: 02/26/14 | Claims Bar Date: 06/18/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/03/13 - Reviewed claims, no objections (dh)

09/16/13 - Print claims register and claims (dh)

05/09/13 - Diane will prepare case to get administered. lsr

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | September 26, 2012 | Current Projected Date Of Final Report (TFR): | November 30, 2013 (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-20672 |
| Case Name: | SAMPSON, JUSTIN WADE |
| | SAMPSON, JODI LYN |
| Taxpayer ID #: | **-***6433 |
| Period Ending: | 02/26/14 |

| | |
|---|---|
| Trustee: | George Hofmann (640160) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******90-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/12/12 | {17} | Jacques R. Behar/Bank of the West | | 1249-000 | 2,000.00 | | 2,000.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,975.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,950.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,925.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,900.00 |
| 07/10/12 | {17} | Jacques Behar | | 1249-000 | 2,000.00 | | 3,900.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,875.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,850.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,825.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,800.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,775.00 |
| 12/13/12 | 1001 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/13/2012 FOR CASE #12-20672, Invoice - 016027974 | 2300-000 | | 2.13 | 3,772.87 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,747.87 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001064016088 20130117 | 9999-000 | | 3,747.87 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 4,000.00 | 4,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 3,747.87 | |
| Subtotal | 4,000.00 | 252.13 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $4,000.00 | $252.13 | |

{} Asset reference(s)

Printed: 02/26/2014 09:29 AM   V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** | 12-20672 |
| **Case Name:** | SAMPSON, JUSTIN WADE |
| | SAMPSON, JODI LYN |
| **Taxpayer ID #:** | **-***6433 |
| **Period Ending:** | 02/26/14 |

| | |
|---|---|
| **Trustee:** | George Hofmann (640160) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******0165 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,747.87 | | 3,747.87 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,737.87 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,727.87 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,717.87 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,707.87 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,697.87 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,687.87 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,677.87 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,667.87 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,657.87 |
| 01/03/14 | 11002 | George Hofmann | Dividend paid 100.00% on $1,000.00, Trustee Compensation;  Reference: | 2100-000 | | 1,000.00 | 2,657.87 |
| 01/03/14 | 11003 | George Hofmann | Dividend paid 100.00% on $10.51, Trustee Expenses;  Reference: | 2200-000 | | 10.51 | 2,647.36 |
| 01/03/14 | 11004 | Parsons Kinghorn Harris, P.C. | Dividend paid 100.00% on $1,580.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,580.00 | 1,067.36 |
| 01/03/14 | 11005 | Parsons Kinghorn Harris, P.C. | Dividend paid 100.00% on $16.08, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 16.08 | 1,051.28 |
| 01/03/14 | 11006 | Utah State Tax Commision | Dividend paid  16.09% on $2,695.26; Claim# 1; Filed: $2,695.26; Reference: | 5800-000 | | 433.88 | 617.40 |
| 01/03/14 | 11007 | Internal Revenue Service | Dividend paid  16.09% on $3,835.31; Claim# 9P; Filed: $3,835.31; Reference: Voided on 01/14/14 | 5800-000 | | 617.40 | 0.00 |
| 01/14/14 | 11007 | Internal Revenue Service | Dividend paid  16.09% on $3,835.31; Claim# 9P; Filed: $3,835.31; Reference: Voided: check issued on 01/03/14 | 5800-000 | | -617.40 | 617.40 |
| 01/14/14 | 11008 | Utah State Tax Commision | Dividend paid  39.00% on $2,695.26; Claim# 1; Filed: $2,695.26; Reference: | 5800-000 | | 617.40 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **3,747.87** | **3,747.87** | **$0.00** |
| Less: Bank Transfers | 3,747.87 | 0.00 | |
| **Subtotal** | **0.00** | **3,747.87** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$3,747.87** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-20672 |
| Case Name: | SAMPSON, JUSTIN WADE |
| | SAMPSON, JODI LYN |
| Taxpayer ID #: | **-***6433 |
| Period Ending: | 02/26/14 |

| | |
|---|---|
| Trustee: | George Hofmann (640160) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******0165 - Checking Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  |  |
|---|---|
| Net Receipts : | 4,000.00 |
| Net Estate : | $4,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******90-65 | 4,000.00 | 252.13 | 0.00 |
| Checking # ******0165 | 0.00 | 3,747.87 | 0.00 |
| | $4,000.00 | $4,000.00 | $0.00 |

{} Asset reference(s)

Printed: 02/26/2014 09:29 AM    V.13.14